IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01982-BNB

MARTHA A. ESQUIVEL,

    Plaintiff,

v.

THE BRIDGE ASSISTED LIVING OF LONGMONT,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Martha A. Esquivel, initiated this action by filing *pro se* a Title VII Complaint (ECF No. 1) and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).

    On September 4, 2012, Ms. Esquivel was granted leave to proceed pursuant to 28 U.S.C. § 1915, and ordered to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The September 4 order warned Ms. Esquivel that, if she failed to file an amended complaint as directed within the time allowed, the Title VII complaint and the action would be dismissed without further notice. Ms. Esquivel has failed within the time allowed to comply with the directives of the September 4 order, or otherwise to communicate with the Court in any way. Therefore, the Title VII complaint and the action will be dismissed.

    Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status

will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Ms. Esquivel files a notice of appeal she also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Title VII complaint and the action are dismissed without prejudice pursuant to Rules 8 and 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Martha A. Esquivel, to comply with the pleading requirements of Rule 8 and the directives of the order of September 4, 2012, and for her failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  23rd  day of    October   , 2012.

BY THE COURT:

   s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court