IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01982-LTB

MARTHA A. ESQUIVEL,

    Plaintiff,

v.

THE BRIDGE ASSISTED LIVING OF LONGMONT,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 23, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 23 day of October, 2012.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk


                      By: s/ S. Grimm
                          Deputy Clerk